**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-21678-BLOOM/Louis**

JACK KANG,

    Plaintiff,

v.

BURGER KING CORPORATION,

    Defendant.

_____/

**ORDER ON DEFAULT PROCEDURES**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on April 30, 2019, ECF No. [1]. A summons was issued as to Defendant Burger King Corporation ("Defendant") on May 1, 2019. ECF No. [4]. Service of the summons and Complaint was executed on Defendant on May 6, 2019, setting a response deadline of May 28, 2019. ECF No. [7]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is therefore **ORDERED AND ADJUDGED** that

1. Defendant must file its response to Plaintiff's Complaint by or before **June 5, 2019**.

2. If Defendant fails to file any response to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **June 12, 2019**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file for the Motion for

Case No. 19-cv-21678-BLOOM/Louis

Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 29, 2019.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Burger King Corporation
c/o C.T. Corporation System
1200 S. Pine Island Road
Plantation, Florida 33324